PD-1123-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/28/2015 9:05:44 AM
Accepted 8/28/2015 1:24:16 PM
ABEL ACOSTA
CLERK

NO. _____

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

ON DISCRETIONARY REVIEW FROM THE
COURT OF APPEALS FOR THE FIRST DISTRICT
OF TEXAS AT HOUSTON CAUSE NUMBER 01-14-00397-CR

Appealed from the 338th District Court of Harris County, Texas
Trial Court Cause No. 1421621

**MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR
DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, ANNA TRUJILLO, Petitioner in the above styled and numbered cause and would respectfully show the Court as follows:

I.

The First Court of Appeals affirmed the judgment of the trial court in an opinion delivered July 28, 2015, in Cause 01-14-00397. A petition must be filed within thirty days after either the day the court of appeals judgment was rendered or the day the last motion for rehearing was overruled by the Court of Appeals. *Texas Rule of Appellant Procedure Rule 68.2* (a).

FILED IN
COURT OF CRIMINAL APPEALS

August 28, 2015

ABEL ACOSTA, CLERK

## II.

No Motion for re-hearing was filed. Petitioner's Petition for discretionary review is due on August 28, 2015. However, the Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than fifteen (15) days after the last day for filing the petition. *Texas Rule of Appellant Procedure Rule 68.2 (c)*.

## III.

Petitioner submits that there is good cause for this extension of time to file brief. Specifically, Appellant's Counsel has been busy working on matters with deadlines on or about the date this petition for discretionary review was due:

1.  *Jermaine Lewis v. State*, on appeal from the 174th District Court in Cause No. 1434494 for the Possession of a Controlled Substance in Cause 14-15-00405-CR; in the Fourteenth Court of Appeals; Brief due and filed on July 23, 2015;

2.  *Jay Paul Jackson v. State,* on appeal from the 208th District Court in Cause Number 1319497 for the offense of Capital Murder in Cause 14-15-00095; in the Fourteenth Court of Appeals; Brief filed on August 17, 2015;

3.  *Wayne Edward Lindsey*; on appeal from the 262nd District Court in Cause 1426650 for the offense of Aggravated Assault in Cause 01-15-00143-CR; in the First Court of Appeals, Brief Due September 1, 2015;

4.  *State v. Ron Haskell*; in the 351st Judicial District of Harris County, Texas in Cause No. 143404395; for the offense of Capital Murder; a hearing on a Motion for a Change of Venue is scheduled for September 1, 2015;

5.  *State v. Brandon Harris*; in the 248th Judicial District of Harris County, Texas in Cause No. 14004580; for the offense of Capital Murder; set for trial September 21, 2015;

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the court grant this motion and extend the time for filing Petitioner's Petition and order the Petition timely filed on or before September 28, 2015.

Respectfully submitted,

/s Douglas M. Durham
———————————————
DOUGLAS M. DURHAM
State Bar No. 06278450
2800 Post Oak Blvd. Ste. 4100
Houston, Texas 77056
832-390-2252 Telephone
832-390-2350 Fax

Attorney for Petitioner
ANNA TRUJILLO

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015 pursuant to Tex. R. App. P. 9.5 and 68.11 a copy of this Motion for Extension of time to file petition for discretionary review was served on the following individuals by depositing same in the United States mail:

Alan Curry
Harris County District Attorney's Office
Appellate Division
1201 Franklin, 5th Floor
Houston, Texas 77002
**Via Electronic Mail**

Matthew Paul
State Prosecuting Attorney
P.O. Box 12405, Austin, TX 78711
**Via Electronic Mail**

/s *Douglas M. Durham*
DOUGLAS M. DURHAM

STATE OF TEXAS          §

                                         §

COUNTY OF HARRIS     §

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared DOUGLAS M. DURHAM, who after being duly sworn, on his oath stated that each allegation and statement contained in this motion is true and correct to the best of his knowledge.

*/s Douglas M. Durham*
_____
DOUGLAS M. DURHAM

SUBSCRIBED AND SWORN TO before me on this the 28th day of August, 2015.

*Rachel Offenhause*
_____
Notary

RACHEL OFFENHAUSER
Notary Public, State of Texas
My Commission Expires
April 04, 2018

v

NO. _____

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

ON DISCRETIONARY REVIEW FROM THE
COURT OF APPEALS FOR THE FOURTEENTH DISTRICT
OF TEXAS AT HOUSTON CAUSE NUMBER 14-12-01058-CR

Appealed from the 262nd District Court of Harris County, Texas
Trial Court Cause No. 1333908

**ORDER**

On this _____ day of _____, 2015 Petitioners Motion for

Extension of Time to File Petition for Discretionary Review was presented to this Court and the

Motion was granted/denied;

ENTERED on this the _____ day of _____, 2015.

_____
HONORABLE JUDGE PRESIDING

vi